UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In Re:

Railyard Company, LLC

        Debtor.                    Bankruptcy No. 15-12386-j11

Steve Duran

        Appellant,               U.S. District Court Appeal No. 16-cv-

v.

Recreational Equipment, Inc.,
Thorofare Asset Based Lending Fund III,
Office of the U.S. Trustee,

        Appellees.

CLERK'S CERTIFICATE OF SERVICE OF NOTICE OF APPEAL AND
ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT

        Pursuant to Fed. R. Bankr. P. 8003(c)(1) and in accordance with Fed. R. Bankr. P. 9036, NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(3), this certifies that service of a copy of the Notice of Appeal filed in this case on April 13, 2016, was made on April 14, 2016, via the notice transmission facilities of the case management and electronic filing system of the bankruptcy court on:

**William F. Davis**
daviswf@nmbankruptcy.com

**Charles R. Hughson**
crhughso@rodey.com

**Henry M Bohnhoff**
hbohnhoff@rodey.com

**Benjamin E. Thomas**
bet@sutinfirm.com

**Jacqueline Ortiz**
jno@sutinfirm.com

**Katharine C Downey**
kcd@sutinfirm.com

**Alice Nystel Page**
Office of U.S. Trustee
Alice.N.Page@usdoj.gov

and by first class mail postage prepaid on:

Christopher D. Dvorak
William F. Davis & Assoc., P.C.
6709 Academy NE Suite A
Albuquerque, NM 87109

        CLERK OF COURT

        By __/s/ Linda M. Butler_____
        Linda M. Butler, Deputy Clerk
        United States Bankruptcy Court,
         District of New Mexico
        500 Gold Avenue SW, 10th Floor
        P.O. Box 546
        Albuquerque, NM  87103-0546
        505-348-2500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IN RE: RAILYARD COMPANY, LLC, A NEW MEXICO LIMITED LIABILITY COMPANY
EIN: 20-3437791

DEBTOR                                                      CASE NUMBER: 15-12386-J11

## NOTICE OF APPEAL

Notice is hereby given that the Railyard Company, LLC, A New Mexico Limited Liability Co., INDIVIDUAL MEMBER Steve Duran hereby enters the court pro se as a individual member appeals to the United States District Court for the District of New Mexico from an Order to appoint a Trustee in Case Number 15-12386-J11 of the United States Bankruptcy Court entered in this action on March 30, 2016.

Respectfully Submitted,

Steve Duran
21 Entrada De Duran
Santa Fe, NM 87506
Six2five4steve@aol.com

I hereby certify that on April 13, 2016 a true and correct copy of the foregoing was served electronically and certified mail upon counsel of record and was emailed to:

Respectfully Certify,

Steve Duran
21 Entrada De Duran
Santa Fe, NM 87506
Six2five4steve@aol.com

Copy to:

Henry M. Bohnhoff
Rodey, Dickason, Sloan, Akin & Robb, P.A
P.O. Box 1888
Albuquerque, NM 87103-188

William F. Davis
6709 Academy NE, Suite A
Albuquerque, NM 87109

Katharine C. Downey
Sutin Thayer & Browne, A.P.C.
P.O. Box 1945
Albuquerque, NM 87109-1945

Christopher D. Dvorak
6709 Academy NE, Suite A
Albuquerque, NM 87109

Charles R. Hughson
Rodey, Dickason, Sloan, Akin & Robb, P.A
P.O. Box 1888
Albuquerque, NM 87103-188

Jacqueline Ortiz
Sutin Thayer & Browne, A.P.C.
P.O. Box 1945
Albuquerque, NM 87103-1945

Benjamin E. Thomas
Sutin Thayer & Browne, A.P.C.
P.O. Box 1945
Albuquerque, NM 87103-1945

Alice Nystel Page
Office of U.S. Trustee
P.O. Box 608
Albuquerque, NM 87103-0608

Copy to: *Parties to the Appeal are listed below*

Henry M. Bohnhoff
Rodey, Dickason, Sloan, Akin & Robb, P.A
P.O. Box 1888
Albuquerque, NM 87103-188

William F. Davis
6709 Academy NE, Suite A
Albuquerque, NM 87109

Katharine C. Downey
Sutin Thayer & Browne, A.P.C.
P.O. Box 1945
Albuquerque, NM 87109-1945

Christopher D. Dvorak
6709 Academy NE, Suite A
Albuquerque, NM 87109

Charles R. Hughson
Rodey, Dickason, Sloan, Akin & Robb, P.A
P.O. Box 1888
Albuquerque, NM 87103-188

Jacqueline Ortiz
Sutin Thayer & Browne, A.P.C.
P.O. Box 1945
Albuquerque, NM 87103-1945

Benjamin E. Thomas
Sutin Thayer & Browne, A.P.C.
P.O. Box 1945
Albuquerque, NM 87103-1945

Alice Nystel Page
Office of U.S. Trustee
P.O. Box 608
Albuquerque, NM 87103-0608

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:   RAILYARD COMPANY, LLC
         a New Mexico Limited Liability Company

             Debtor.                                   Case No.  15-12386-j11

**ORDER GRANTING MOTION TO APPOINT TRUSTEE AND
DIRECTING THE UNITED STATES TRUSTEE TO APPOINT A TRUSTEE**

THIS MATTER is before the Court on the Motion to Appoint Chapter 11 Trustee, or in the Alternative to Require Debtor to Employ a Property Manager (Docket No. 24) (the "Motion") filed by Thorofare Asset Based Lending Fund III, L.P.  Santa Fe Railyard Community Corporation filed a Statement of No Objection to the Motion (Docket No. 52) and Recreational Equipment, Inc. filed a Joinder in the Motion (Docket No. 54).  Debtor filed an Objection to the Motion (Docket No. 51).  In accordance with the Memorandum Opinion entered herewith,

IT IS HEREBY ORDERED that the Motion is granted insofar as it requests appointment of a Chapter 11 trustee in this bankruptcy case.  The United States Trustee shall promptly appoint a Chapter 11 trustee and seek approval of the appointment pursuant to Fed.R.Bankr.P. 2007.1(c).  Such person shall serve as trustee in this case effective upon entry of an order approving the appointment.

_____
ROBERT H. JACOBVITZ
United States Bankruptcy Judge

Date entered on docket:  March 30, 2016

Copy to:

Henry M Bohnhoff
Rodey, Dickason, Sloan, Akin & Robb, P.A
P.O. Box 1888
Albuquerque, NM 87103

William F. Davis
6709 Academy NE, Suite A
Albuquerque, NM 87109

Katharine C Downey
Sutin Thayer & Browne, A.P.C.
PO Box 1945
Albuquerque, NM 87103-1945

Christopher D. Dvorak
6709 Academy NE, Suite A
Albuquerque, NM 87109

Charles R. Hughson
Rodey, Dickason, Sloan, Akin & Robb, P.A
P.O. Box 1888
Albuquerque, NM 87103-188

Jacqueline Ortiz
Sutin Thayer & Browne
Post Office Box 1945
Albuquerque, NM 87103-1945

Alice Nystel Page
Office of U.S. Trustee
PO Box 608
Albuquerque, NM 87103-0608

Benjamin E. Thomas
Sutin, Thayer & Browne
PO Box 1945
Albuquerque, NM 87103