IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STEVE DURAN,

        Appellant,

v.                                                                         CIV No. 16-295 MV/CG

RECREATIONAL EQUIPMENT, Inc. et al,

        Appellees.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Magistrate Judge's *Proposed Findings and Recommended Disposition* ("PFRD"), filed on June 21, 2016. (Doc. 8). In the PFRD, the Magistrate Judge found that Appellant Steve Duran failed to comply with the procedural requirements of the Federal Rules of Bankruptcy Procedure 8005. As a result, the Magistrate Judge recommended that Appellant's *Emergency Motion to Stay Appointment of Chapter 11 Trustee Pending Railyard Company LLC Individual Member Steve Duran's Appeal of Order G[ra]nting Motion to Appoint Trustee and Directing United States Trustee to Appoint Trustee*, (Doc. 3), filed May 11, 2016, be denied. The parties were notified that written objections to the PFRD were due within fourteen days. (Doc. 8 at 3). No objections have been filed and the deadline of July 8, 2016 has passed. The recommendations of the Magistrate Judge are adopted by this Court.

**IT IS THEREFORE ORDERED** that Appellant's *Emergency Motion to Stay Appointment of Chapter 11 Trustee Pending Railyard Company LLC Individual Member Steve Duran's Appeal of Order G[ra]nting Motion to Appoint Trustee and Directing United States Trustee to Appoint Trustee*, (Doc. 3), be **DENIED**.

_____
THE HONORABLE MARTHA VAZQUEZ
UNITED STATES DISTRICT JUDGE